UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPHA A. CAMPINHA-BACOTE d/b/a TRANSCULTURAL C.A.R.E. ASSOCIATES, | ) ) ) ) | Case No.: Judge: |
| Plaintiff | ) ) | **COMPLAINT** |
| vs | ) ) | |
| BOSTON UNIVERSITY and IYAH ROMM, AMARA IHEKWEAZU, and SHRUTI RANGNEKAR, | ) ) ) ) | |
| Defendants | ) | |

## INTRODUCTION

1. This is an action by Dr. Josepha Campinha-Bacote d/b/a Transcultural C.A.R.E. Associates ("Transcultural C.A.R.E."), a sole proprietorship registered under the laws of Ohio, to recover damages arising from infringement of Dr. Campinha-Bacote's copyright in her creative works by Defendants Boston University ("BU") and Iyah Romm, Amara Ihekweazu, and Shruti Rangnekar (collectively "Defendants").  This action is brought against Defendants Iyah Romm, Amara Ihekweazu, and Shruti Rangnekar in their individual capacities, as well as their capacities as students at Boston University.  Boston University is being sued vicariously for the actions of its students.  Defendants reproduced, copied, and publicly displayed Dr. Campinha-Bacote's model of cultural competency, "Cultural Competency in Healthcare Delivery: Have I 'ASKED' Myself the Right Questions?" without permission.

## THE PARTIES

2. Plaintiff Dr. Campinha-Bacote ("Plaintiff") is President and founder of Transcultural

C.A.R.E., with its principal place of business located at 11108 Huntwicke Place, Cincinnati, Ohio 45241. Transcultural C.A.R.E. is a private organization providing keynote presentations, workshops, seminars, consultations, and training focusing on clinical, administrative, research and educational issues related to cultural competence, transcultural health care & mental health. Dr. Campinha-Bacote operates a website by and through which her tools and models can be ordered by individuals who pay a fee.

3. Upon information and belief, Defendants Iyah Romm, Amara Ihekweazu, and Shruti Rangnekar are medical students of Boston University and reside in the state of Massachusetts.

4. Upon information and belief, Defendants Iyah Romm, Amara Ihekweazu, and Shruti Rangnekar are co-chairs of a student group called "The Student Working Group on Culturally Competent Medical Education at Boston University", and published Plaintiff's copyrighted work in their capacity as members of this student group.

## JURISDICTION

5. This is a suit for copyright infringement under the United States Copyright Act of 1976, 17 U.S.C § 101 *et seq.*

6. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1338(a).

## VENUE

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and 1400(a).

## BACKGROUND

8. In 2002, Dr. Campinha-Bacote developed a mnemonic model of cultural competence entitled "Cultural Competency in Healthcare Delivery: Have I 'ASKED' Myself the Right Questions?" ("ASKED model"). This model is an original work that is copyrighted under U.S.

law, and a copy of the model is attached hereto as "Exhibit A".

9. On August 31, 2003 Dr. Campinha-Bacote applied to the U.S. Copyright Office and received a Certificate of Registration for her work under Registration No. TX 5-837-864, with an effective date of 9/11/03. Dr. Campinha-Bacote complied in all respects with the Copyright Laws of the United States and a copy of the Registration is attached hereto as "Exhibit B".

10. The Plaintiff is the sole owner of all rights in the copyrighted works.

11. On or about April 5, 2009, Dr. Campinha-Bacote learned that Defendants had been using her ASKED model from an online forum previously located at: http://www.scribd.com/doc/13545616/Cultural-Competence-Proposal. At all times relevant hereto, Defendants did not have permission to copy or publicly display Dr. Campinha-Bacote's ASKED model.

12. When asked, Defendants were unable to produce any documentation permitting use of Plaintiff's model.

13. Defendants have admitted to and acknowledged unauthorized use of Dr. Campinha-Bacote's ASKED model.

14. Defendants knew or should have known that the model being used was copyrighted.

15. The Plaintiff notified Defendants of the nature of its violations prior to commencing this action.

16. Defendant Boston University is vicariously liable for the actions of Defendants Iyah Romm, Amara Ihekweazu, and Shruti Rangnekar.

17. Plaintiff informed Defendants that in order to resolve this matter Defendant would have to comply with her policy.  A copy of this policy is attached hereto as "Exhibit C".

18. In response, Defendants refused to comply with these requirements.

## COUNT I

19. This Count alleges copyright infringement, pursuant to 17 U.S.C. § 501. The Plaintiff repeats and realleges paragraphs 1 through 18 above.

20. Defendants knew or should have known the infringed works belonged to Plaintiff and that they did not have permission to use Plaintiff's works.

21. Defendants knew or should have known that the model being used was copyrighted.

22. Defendants knew or should have known that their acts constituted copyright infringement.

23. Defendants' conduct was willful within the meaning of the Copyright Act.

24. The Plaintiff has been damaged by the Defendants' actions.

## DEMAND FOR RELIEF

WHEREFORE, the Plaintiff demands that:

a. Defendants be enjoined from reproducing, administering, or displaying Plaintiff's copyrighted works;

b. Defendants be ordered to pay statutory damages pursuant to 17 U.S.C. § 504;

c. Defendants' actions be declared willful under 17 U.S.C. § 504(c)(2);

d. Defendants pay the Plaintiff reasonable attorney's fees and costs of this action, pursuant to 17 U.S.C. § 505;

e. Defendants pay pre-judgment and post-judgment interest on any damages awarded; and

f. the Court award the Plaintiff all other relief it deems justified.

Respectfully submitted,

    /s/ Nicholas C. Fleming
Nicholas C. Fleming
Perry, Krumsiek & Jack LLP
101 Arch Street, 19th Floor
Boston, MA 02110
nfleming@pkjlaw.com
Phone: (617) 963-8255
Fax: (617) 720-4310
` Attorney for Plaintiff,
Transcultural C.A.R.E. Associates


    /s/ Avonte D. Campinha-Bacote
Avonte D. Campinha-Bacote
(*Pro Hac Vice Pending*)
Transcultural C.A.R.E. Associates
11108 Huntwicke Place
Cincinnati, Ohio  45241
Avonte. Campinha-Bacote@TransculturalCare.net
(513) 313-3806
` Attorney for Plaintiff,
Transcultural C.A.R.E. Associates