UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPHA A. CAMPINHA-BACOTE<br>d/b/a TRANSCULTURAL C.A.R.E.<br>ASSOCIATES,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON UNIVERSITY and IYAH<br>ROMM,<br><br>    Defendants. | Civil Action No. 1:10-cv-11624-LTS |

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

  **THIS COURT**, having reviewed the parties' Joint Stipulation of Dismissal With Prejudice and being advised in the premises, **IT IS ORDERED that:**

1. That parties' <u>Joint Stipulation of Dismissal With Prejudice</u> is APPROVED.
2. This case is hereby dismissed with prejudice, with each of the parties hereto to bear their own attorneys' fees and costs.
3. The Court hereby reserves jurisdiction to enforce the terms of the parties' Settlement Agreement.

DONE AND ORDERED this 7th day of June, 2011.

                 _____
                 LEO T. SOROKIN
                 United States District Judge